No. 11–62.  CAZARES ET AL. *v.* COSBY.  Ct. App. Utah.  Certiorari denied.

No. 11–63.  SHELL PETROLEUM N. V. ET AL. *v.* KIOBEL, INDIVIDUALLY AND ON BEHALF OF HER LATE HUSBAND, KIOBEL, ET AL. C. A. 2d Cir.  Certiorari denied.

No. 11–65.  FENNER *v.* COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir.  Certiorari denied.

No. 11–66.  IZEN *v.* COMMISSION ON LAWYER DISCIPLINE.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 11–68.  GARGANO ET UX. *v.* THOMAS GRAVES LANDING CONDOMINIUM TRUST ET AL.  App. Ct. Mass.  Certiorari denied.

No. 11–70.  BARNETT *v.* CARBERRY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–72.  FIRSTBANK PUERTO RICO, INC., ET AL. *v.* LA VIDA MERGER SUB, INC., ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–73.  SILER *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 11–75.  C & J COUPE FAMILY LIMITED PARTNERSHIP *v.* COUNTY OF HAWAII ET AL.  Sup. Ct. Haw.  Certiorari denied.

No. 11–76.  PIRES *v.* FROTA OCEANICA BRASILEIRA, S. A. (two judgments).  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 11–78.  REAL ESTATE INNOVATIONS, INC. *v.* HOUSTON ASSOCIATION OF REALTORS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–81.  GERHART *v.* LAKE COUNTY, MONTANA, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 11–87.  CARTER *v.* UNIVERSITY OF HAWAII.  Int. Ct. App. Haw.  Certiorari denied.